UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY LOLIN JIMENEZ, SR., | : | Case No. 1:17-cv-197 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| FIDELITY ADVISOR, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 2)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on April 14, 2017, submitted a Report and Recommendation. (Doc. 2). Specifically, Magistrate Judge Litkovitz recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the full $400.00 filing fee within thirty days. (Doc. 2). Subsequently, Plaintiff paid the $400.00 filing fee. (Doc. 4).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation (Doc. 2) should be and is hereby

adopted in its entirety. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

Date: 6/6/17       s/Timothy S. Black
                   Timothy S. Black
                   United States District Judge